# FLORI DEPARTM T of STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

*I, Amy L. J on, Division Director, Divisio Library and Information Services, Florida Depart of State, hereby certify that rec of the Administrative Code, Register and Laws Se were transferred to the custody e State Archives of Florida pursuant to the provisions Chapter 257, Florida Statutes, and I am, by the terms of that transfer, the official odian of those records.*

*urther certify that the attached is e and correct copy of a portion of that record in the e Archives of Florida, the origin which may be found in Series 1115, volume 2.*

***W NESS MY SIGNATURE**, this Day of January, 2020.*

***AMY L. J SON***
Director, sion of Library and Information Services

*BY:* usan Schuid
*State Archives of Florida*

EXHIBIT
1

**Division of Library and Information Services**
**R.A. Gray Bu g • 500 South Bronough Street• Tallahassee, Florida 32399**
**85 5.6600 • 850.245.6735 (Fax) • info.florida.gov**

DEED OF CESSION

COPY reproduced by FLORIDA STATE ARCHIVES DEPARTMENT OF STATE R.A. GRAY BUILDING Tallahassee, Florida 32399-0250 Series S1115 Carton Vol. 2 File Folder

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, the following described lands, within the limits of the County of Hillsborough, State of Florida, have been acquired by purchase and condemnation, and are now being held by the United States of America for the purpose of erecting and maintaining thereon forts, magazines, arsenals, dockyards, and other needful buildings, or any of them, as contemplated and provided in the Constitution of the United States, to-wit:

All those tracks or parcels of land situate, lying and being in the County of Hillsborough, State of Florida, more particularly described as follows:

PARCEL I

Beginning at a point, being the intersection of a line parallel to and 1590 feet distant northerly from the south line of Section 19, Township 30 South, Range 18 East, with the mean high water line of Tampa Bay; and (1) thence running easterly parallel to and 1590 feet distant northerly from the south line of said Section 19 and the south line of Section 20 to a point 408.5 feet west of the east line of said Section 20; (2) thence northeasterly a distance of 667.5 feet to a point 20 feet distant at right angles easterly from the west line of Section 21, Township 30 South, Range 18 East, which point is also 2099.8 feet northerly from the south line of Section 21, when measured parallel to the west line of said Section 21; (3) thence northerly parallel to and 20 feet easterly at right angles from the west line of the said Section 21, to a point on the north line of said Section 21; (4) thence easterly along said north line of said Section 21, 5 feet to a point; (5) thence northerly parallel to and 25 feet distant easterly from the west line of Section 16, 50 feet to a point; (6) thence easterly parallel to the south line of Section 16, 225 feet to a point; (7) thence south at right angles to the said south line of said Section 16, 48.95 feet to a point 1.05 feet north at right angles from the said south line of said Section 16; (8) thence easterly on a course south 88° 15' 49" east 204 feet, more or less, to a point; (9) thence south to a point on the south line of Section 16; (10) thence east along said south line of Section 16, 25 feet to a point; (11) thence north, at right angles to said south line of said Section 16, 4 feet; (12) thence in a northeasterly direction 137.29 feet, more or less, along the circular arc of a 5° 41' 58" curve, having a radius of 1005.37 feet to a point, said point being the point of curvature of said 5° 41' 58" curve; (13) thence northerly 7° 49' 29" east 239.16 feet, more or less, to a point on the west right-of-way line of the existing MacDill Air Force Base Railroad Spur; (14) thence in a southerly direction a distance of 55.75 feet, more or less, along said west right-of-way line of the existing MacDill Air Force Base Railroad Spur to a point, said point being the point of curvature of a 9° 34' 15" curve having a central angle 91° 10' 22"; (15) thence in a southeasterly direction a distance of 337.25 feet, more or less, along the curcular arc of said 9° 34' 15" curve having a radius of 498.69 feet to a point, which is the intersection of the west right-of-way of said MacDill Air Force Base Railroad Spur and the south boundary line of said Section 16, said point being 611 feet distant easterly from the southwest corner of Section 16; (16) thence easterly along the south boundary of said Section 16, 86 feet, more or less, to the point of intersection of the east right-of-way line of said MacDill Air Force Base Railroad Spur and the said south boundary of said Section 16; (17) thence north at right angles to said south line of said Section 16, 2.83 feet, more or less, to a point; (18) thence on a course south 88° 15' 49" east 653.42 feet, more or less, to a point which is 5.58 feet northerly at right angles from the said south line

of said Section 16; (19) thence on a course south 88° 6' 44" east,1326.38 feet, more or less, to a point which is 7.72 feet north at right angles from the said south line of said Section 16;(20) thence on a course north 89° 2' 17" east, 1320. 1320.14 feet, more or less to a point; (21) thence on a course north 88° 52' 21" east 50 feet, more or less, to a point which is 6.57 feet north of the south line of said Section 16; (22) thence on a course north 88° 52' 21" east 1272.47 feet, more or less, to a point on the east line of said Section 16, 5.21 feet north of the southeast corner of said Section16; (23) thence on a course north 89° 24' 57" east 1318.5 feet, more or less, to the southwest corner of the Southeast 1/4 of the Southwest 1/4 of said Section 15; (24) thence mortherly along the west line of said SE /14 of SW 1/4 to the northwest corner thereof;(25) thence easterly along the north line of said SE 1/4 of SW 1/4 to the northeast corner thereof; (26) thence southerly along the east line of said SE 1/4 of SW 1/4 to the southeast corner thereof; (27) thence easterly along the south line of said section 15 to the mean high water line of Hillsborough Bay; (28) thence along the mean high water line of Hillsborough Bay in a southeasterly direction, intersecting and crossing the east line of Section 22, the south line of Section 23, the south line of Section 26, and continuing along the mean high water line of Hillsborough Bay and Tampa Bay in a southwesterly, southerly,westerly, northwesterly and northerly direction, intersecting and crossing the west line of Section 35, the west line of Section 34, the west line of Section 33, the north line of Section 32, the west line of Section 29, and the north line of Section 30, to the point at which said mean high water line of Tampa Bay is intersected by a line parallel to and 1590 fett distant northerly from the south line of Section 19; all of said section being in Township 30 South, Range 18 East, and which last mentioned point is the point of beginning. Containing 5,901.62 acres of land, more or less.

PARCEL II

Lots 1 and 2 of Block 2 of Gandy Boulevard Subdivision, according to map or plat thereof, as same is recorded in the public records of Hillsborough County, Florida, in Deed Book 711, Page 67; containing .29 of an acre of land, more or less.

The above described lands are shown on map attached hereto and made a part hereof.

AND WHEREAS, application in writing has been made by the United States of America to me, Fuller Warren, Governor of the State of Florida, to cede to the said United States of America exclusive jurisdiction over said lands;

NOW, THEREFORE, I, Fuller Warren, Governor of the State of Florida, in the name and by the authority of said State, and prusuant to the statutes of said State in such cases made and provided, do hereby cede to the United States of A merica exclusive juridiction over said lands so held;

PROVIDED, HOWEVER, that said cession of jurisdiction is made upon the express condition that the said State of Florida retains and shall have concurrent jurisdiction with the United States in and over said lands and every portion thereof so far that all process, civil or criminal, issuing under authority of the State of Florida, or any of the courts or judicial officers thereof, may be executed by the proper officers thereof upon any person or persons amenable to same, within the limits and extent of said lands in like manner and like effect as if said statutes of the State of

Florida had never been passed and this instrument had never been executed; saving, however, to the United States security to their property within said limits and extent, and exemption of the same from any taxation under the laws of the State while the same shall continue to be owned and occupied by the United States for the purposes above expressed and not otherwise, and provided, further, that this cession is made and shall in all things be subject to the terms and effect of the statutes of the State of Florida in such cacses made abd provided, the same as if such statutes were herein fully set forth.

IN TESTIMONY WHEREOF, I, Fuller Warren, Governor of the State of Florida, have hereunto set my hand and caused this instrument to be countersigned by the Secretary of State and sealed with the Great Seal of the State of Florida, at the Capital, at Tallahassee, this 29th day of March, in the year of our Lord, One thousand Nine Hundred and Fifty.

Fuller Warren
Governor of the State of Florida.

(SEAL)

ATTEST

R. A. Gray, Secretary of State of the State of Florida.

STATE OF FLORIDA )
0 ss
OFFICE OF SECRETARY OF STATE )

I, R. A. Gray, Secretary of State of the State of Florida, do hereby certify that the foregoing Deed of Cession has been duly recorded in this office in Deed Book "B" pages 217-18-19.

GIVEN under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the 4th day of April, A. D. 1950

(SEAL)

R. A. Gray

Secretary of State of
the State of Florida.